No. 11–9319. BROOKS *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9329. KNIGHT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–9362. PULLIAM *v.* URIBE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9380. POLLARD *v.* DOE ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–9396. BRADLEY *v.* BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9401. JORDAN *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–9402. WILSON *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–9405. TAYLOR *v.* MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9408. PHERNETTON *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 7th Cir. Certiorari denied.

No. 11–9418. WILSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–9421. DORCANT *v.* HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 11–9438. BROWN *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9442. GORBATOVA *v.* SOCIAL SECURITY ADMINISTRATION; and
No. 11–9443. GORBATOVA *v.* SOCIAL SECURITY ADMINISTRATION. C. A. 1st Cir. Certiorari denied.

No. 11–9446. HOLLAND *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.